SEALED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILBERT COLE,<br><br>    Defendant. | 2:14-mj-0913-PAL<br><br>**Order to Seal** |

Based on Government's Motion to Seal the Application and Affidavit in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this 15th day of December, 2014.

_____
United States Magistrate Judge